SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for Defendant
PARK MANAGEMENT CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>PARK MANAGEMENT CORP., a California corporation; and DOES 1-10,<br><br>        Defendants. | Case No. 2:15-CV-00487-WBS-CKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT PARK MANAGEMENT CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Complaint Filed: March 5, 2015] |

1  Defendant Park Management Corp. ("Defendant") and Plaintiff Scott
2  Johnson, an individual ("Plaintiff"), through their respective, undersigned counsel,
3  stipulate to extend the time for Defendant to file a response to Plaintiff's Complaint.
4  Plaintiff filed his complaint on March 5, 2015 and served Defendant with the
5  complaint on March 9, 2015.  Defendant must file and serve an answer or otherwise
6  respond to Plaintiff's Complaint by March 30, 2015.
7  Defendant needs additional time to investigate adequately the claims alleged
8  in this matter, as well as all potential defenses and/or counterclaims to those claims, and
9  the parties require additional time to discuss possible settlement of claims.
10  Accordingly, for good cause appearing, the parties now jointly move the
11  Court for an order extending the time for Defendant to file a response to Plaintiff's
12  Complaint through and including April 13, 2015.
13  Counsel for Plaintiff has assented to the electronic filing of this Joint Motion
14  and requested that Defendant's counsel submit an electronic signature on his behalf.

Dated:  March 24, 2015

CENTER FOR DISABILITY ACCESS

By     */s/ Phyl Grace*
MARK POTTER
PHYL GRACE

Attorneys for Plaintiff
SCOTT JOHNSON

-1-

Dated: March 24, 2015

                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                      By     */s/ Hayley S. Grunvald*
                              HAYLEY S. GRUNVALD

                            Attorneys for Defendant
                          PARK MANAGEMENT CORP.

-2-

SMRH:204098152.3    JOINT MOTION FOR AN ORDER EXTENDING TIME FOR DEFENDANT PARK MANAGEMENT CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT

**ORDER**

The Court, having reviewed the Joint Stipulation of plaintiff SCOTT JOHNSON and defendant PARK MANAGEMENT CORP. and finding good cause therefor;

IT IS HEREBY ORDERED that defendant PARK MANAGEMENT CORP. has until April 13, 2105 to respond to the Complaint.

IT IS SO ORDERED.

Dated:  March 24, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE