SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for Defendant
PARK MANAGEMENT CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>PARK MANAGEMENT CORP., a California corporation; and DOES 1-10,<br><br>   Defendants. | Case No. 2:15-CV-00487-WBS-CKD<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT PARK MANAGEMENT CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Complaint Filed:  March 5, 2015] |

1  Defendant Park Management Corp. ("Defendant") and Plaintiff Scott
2  Johnson, an individual ("Plaintiff") (jointly "the Parties"), through their respective,
3  undersigned counsel, stipulate for a second time to extend the time for Defendant to file a
4  response to Plaintiff's Complaint.

5  Plaintiff filed his complaint on March 5, 2015 and served Defendant with the
6  complaint on March 9, 2015.  Defendant was required to file and serve an answer or
7  otherwise respond to Plaintiff's Complaint by March 30, 2015.  The Parties stipulated to
8  allow Defendant to file a response to Plaintiff's Complaint through and including April 13,
9  2015.

10  The Parties request a second extension of time for Defendant to respond to
11  Plaintiff's Complaint.  The Parties are in the process of discussing settlement of the matter
12  and need additional time to conduct settlement negotiations to determine if a settlement is
13  possible of the instant matter.  The Parties stipulated to allow Defendant to file a response
14  to Plaintiff's Complaint through and including April 20, 2015.

15  Accordingly, for good cause appearing, the parties now jointly move the
16  Court for an order extending the time for Defendant to file a response to Plaintiff's
17  Complaint through and including April 20, 2015.

18  Counsel for Plaintiff has assented to the electronic filing of this Joint Motion
19  and requested that Defendant's counsel submit an electronic signature on his behalf.

Dated:  April 13, 2015

CENTER FOR DISABILITY ACCESS

By  /s/ *Mark Potter*
MARK POTTER
PHYL GRACE

Attorneys for Plaintiff
SCOTT JOHNSON

-1-

Dated: April 13, 2015

                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By        /s/ *Hayley S. Grunvald*
                            HAYLEY S. GRUNVALD

                            Attorneys for Defendant
                         PARK MANAGEMENT CORP.

-2-

SMRH:204141918.1   SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT PARK MANAGEMENT CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT

**ORDER**

1

2  The Court, having reviewed the Joint Stipulation of plaintiff SCOTT
3  JOHNSON and defendant PARK MANAGEMENT CORP. and finding good cause
4  therefor;
5  IT IS HEREBY ORDERED that defendant PARK MANAGEMENT CORP.
6  has until April 20, 2105 to respond to the Complaint.
7  IT IS SO ORDERED.

8

9
10  Dated:  April 15, 2015

11  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-