UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No.: 2:15-CV-00487-WBS-CKD |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PARK MANAGEMENT CORP., a California Corporation; and Does 1-10, | ) |
| Defendants, | ) |

## ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days, and no later than June 22, 2015. A Joint Status Report shall be filed by June 22, 2015 if settlement has not been finalized. The Scheduling Conference is continued to July 6, 2015 at 2:00 p.m.

**IT IS SO ORDERED.**

**Dated: April 20, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE